**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Coyote Logistics, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Roma Corp.,<br><br>Defendant. | Court No.:<br><br>Judge:<br><br>**Jury Trial Demanded** |

## COMPLAINT

NOW COMES the Plaintiff, COYOTE LOGISTICS, LLC ("Plaintiff"), by and through its attorneys, CANTY NOVY BERTKAU GORDON, LLC, and as and for its Complaint against Defendant, ROMA CORP. ("Roma Corp."), states as follows:

## THE PARTIES

1. At all times relevant, Plaintiff was a Limited Liability Company authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by motor carrier in interstate and foreign commerce with its principal place of business in Chicago, Illinois.

2. At all times relevant, Roma Corp. was an Indiana corporation and federally authorized motor carrier providing transportation services in interstate commerce throughout the United States with its principal place of business in Dyer, Indiana.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, 49 U.S.C. § 14706 as the claim for relief is premised in the liability of a motor carrier transporting freight in interstate commerce and conducts business in this District.

4. Venue is also appropriate in this District because Plaintiff and ROMA CORP. entered into a Broker-Carrier Agreement in effect at the time of the incident that requires all legal actions between Plaintiff and Roma Corp. to be brought and maintained in Cook County, Illinois. A true and correct copy of the Broker-Carrier Agreement is attached hereto as **Exhibit 1**.

## THE INCIDENT AND CARGO CLAIM

5. On or about December 28, 2024, Plaintiff, in its capacity as a freight broker and on behalf of its customer, Coca-Cola, tendered a load of beverages to Roma Corp. for transportation in interstate commerce from Howard, Pennsylvania to Oregon, under Bill of Lading Number 35256766 and Rate Confirmation Number 30504182. A true and correct copy of the Bill of Lading is attached as **Exhibit 2**.

6. At the time the cargo was tendered to, and received by, Roma Corp., it was in good order and condition as acknowledged on the Bill of Lading issued for the shipment.

7. The Rate Confirmation for the load provided, in relevant part that, in the event a shipment arrived at the destination with a tampered seal or without the seal intact, then the Carrier shall be liable for any shortage or damage claims with respect to the such shipment and the shipper shall have the right, in its sole discretion, to deem the entire shipment damages, adulterated/contaminated and unsalvageable, without the need for any inspection and the Carrier shall be liable for the full value of the shipment. A copy of the Rate Confirmation is attached hereto as **Exhibit 3**.

8. Upon arrival at the facility, the seal was broken and the cargo (beverages) was refused as unusable.

9. The value of the cargo, as shown on the damage claim issued by Coca-Cola, was $12,945.23.

10. Plaintiff paid $12,945.23 to Coca-Cola, in exchange for an assignment of rights to pursue this claim. A true and correct copy of the Assignment of Claim is attached hereto as **Exhibit 4**.

**COUNT I- CARMACK AMENDMENT LIABILITY**

11. Plaintiff Restates and re-alleges Paragraphs 1-10 as Paragraph 11 as if fully set forth herein.

12. The shipment of the subject cargo involves the transportation of goods by motor carrier in interstate commerce.

13. On or about December 28, 2024, Roma Corp. received and accepted the subject cargo in good order and condition and suitable in every respect for the subject transportation.

14. Roma Corp. failed to deliver the cargo in good order and condition.

15. Pursuant to 49 U.S.C. § 14706 (the "Carmack Amendment"), Roma Corp., the motor carrier, is liable for damages for the loss to the trailer and consequential damages.

16. Plaintiff demanded, and continues to demand, payment for the cargo loss and consequential damages from Roma Corp..

17. To date, Roma Corp. has failed to remit payment to Plaintiff for $12,945.23.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC, respectfully requests this Honorable Court enter Judgment in its favor in the amount of $12,945.23 against Defendant, ROMA CORP. plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

**COUNT II - BREACH OF INDEMNIFICATION AGREEMENT – IN THE ALTERNATIVE**

18. Plaintiff restates and re-alleges Paragraphs 1-10 as Paragraph 18 as if fully set forth herein.

19. At all times relevant, there was a Broker-Carrier Agreement entered into between Plaintiff and Roma Corp.. *See* **Exhibit 1**.

20. At all times relevant, Plaintiff performed all conditions precedent to the Agreement.

21. The Broker-Carrier Agreement requires Roma Corp. to defend and indemnify Plaintiff against all claims, including losses or damages to cargo shipped under the Broker-Carrier Agreement. *See* **Exhibit 1** at ¶ 13.

22. Plaintiff demanded, and continues to demand, that Roma Corp. indemnify Plaintiff in the amount of $12,945.23.

23. Roma Corp. is in breach of its agreement with Plaintiff, by failing to indemnify Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC, respectfully requests this Honorable Court enter Judgment in its favor in the amount of $12,945.23 against Defendant, ROMA CORP., plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

Dated this 30th day of April, 2025

Respectfully Submitted,

Plaintiff, COYOTE LOGISTICS, LLC

s/ Nicky M. Priovolos
One Of Its Attorneys
CANTY NOVY BERTKAU GORDON, LLC

Bradley A. Bertkau (ARDC # 6295889)
Nicky M. Priovolos (ARDC # 6321326)
CANTY NOVY BERTKAU GORDON, LLC
33 N. LaSalle Street, Suite 2900
Chicago, IL 60602
Telephone: (847) 625-8200
service@cnbglaw.com