50

STRAIGHT BILL OF LADING – SHORT FORM – Not negotiable

Niagara Bottling, LLC

Date: 12/28/23 11:05 AM EST

# BILL OF LADING

Page 1 of1

**SHIP FROM**

Name: MIL
Address: 217 Aquapenn Dr.
City/State/Zip: Howard, PA 16841
SID#: 55652593 FOB: ☐

**Bill of Lading Number:** 35256766
**Master Bill of Lading Number:** 55652593
**Customer PO#:** 4100083356
**Reference #:** 0405452156
**Delivery #:** 35256766
**Shipment #:** 55652593

**SHIP TO**

Name: COCA-COLA NAOU
Location #:
Address: 15497 SE 125TH CT
City/State/Zip: CLACKAMAS, OR 97015
CID#: FOB: ☐
Customer Phone:

**CARRIER DETAILS**

**Carrier Name:** CCNA CPU COYOTE
**Address:** 2545 W DIVERSY AVE 3RD FL, CHICAGO, Cook, IL, 60647, US
**City/State/Zip:** CHICAGO IL 60647
**SCAC:** C105 **Pro number:**
**Trailer number:**
**Seal Number** 5151504

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)* Prepaid ☐ Collect ☐ 3rd Party ☐ Customer Pick Up ☐

POD INSTRUCTIONS: Carrier FAX (909) 494-4456 Or Email To : Orders@niagarawater.com

**Customer Order Information**

| Qty Order | Bottles Shipped | Cases Shipped | Pallets Shipped | SKU | Customer Item ID | Item Description | UPC Code | Weight |
|---|---|---|---|---|---|---|---|---|
| 880 | 10560 | 880 | 20 | SMV15L12PDAAC HT | 411713 | 411713 15L.DAA. SMARTWATER.12P.T.44. CHEP | 786162411143 | 37788 lbs |
| **Totals** | | | | | | | | |
| 880 | 10560 | 880 | 20 | | | | | 37788 lbs |

All overages, under and damage issues/refusals must be populated on this document and communicated via FAX confirmation of POD to (909) 494-4456

**Receiving Stamp:**

**CARRIER**

**CARRIER SIGNATURE/PICKUP DATE**

andy thomas

*Property described above is received in good Order, except as noted.*

**Print Name:** andy thomas

If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
**The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.**
**Consignor Signature**
**Date**

**FACILITY CHECKOUT**

Appt Time: 12/28/23 08:00 AM EST
Check In Time: 12/28/23 09:44 AM EST
Check Out 12/28/23 11:05 AM EST
Delivery Time: 01/02/24 04:34 AM EST
Driver Name: andy thomas
Driver Initials: andy thomas
NBL Initials:

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount:** $

**LTL ONLY**

| NMFC # | CLASS |
|---|---|
| 0 | |

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S.DOT emergency response guidebook or equivalent documentation in the vehicle.

**CARRIER INSTRUCTIONS**

**Driver:Should you encounter any delays preventing the on time delivery of this shipment. Please dial 909-230-4486 for assistance.**

509-553-2101

21986

EXHIBIT 2