COYOTE

# Rate Confirmation
# Load 30504182

Send invoices to:
CarrierInvoices@coyote.com
**960 Northpoint Parkway**
**Suite 150**
**Alpharetta, GA 30005**

877-6COYOTE
(877-626-9683)

## Cust Requirements

| | |
|---|---|
| Equipment | Van, Reefer, 48' x 102 |
| Pre Cooled Temp | None |
| Load Temp | None |
| Tarps | Undefined |
| Value | $100,000 |

## Booked By

Phone:

Fax:

**Get** CoyoteGO **Today!**

- Dispatch
- Send updates
- Check in
- Submit paperwork

*Available for Android or iPhone, at App Store or Google Play*

## Load Requirements

Protect From Freeze    Tech Tracking Required    Seal

## Equipment Requirements

Food Grade    2 Load Bars    2 Load Straps    Slidable Tandems

## Notes

All Van/Container loads MUST be sealed at origin either by shipper or driver with a seal number noted on bill of lading. The driver is responsible for re-sealing the trailer after each pickup/drop on a multi-stop shipment. In the event a shipment that was sealed at origin or after each additional pickup/drop arrives at the destination with a tampered seal or without the seal intact then (i) the Carrier shall be liable for any shortage or damage claims with respect to such shipment and (ii) the shipper shall have the right, in its sole discretion, to deem the entire shipment damaged, adulterated/contaminated and unsalvageable, without the need for any inspection and the Carrier shall be liable for the full value of the shipment. Carrier is required to weigh shipment within 50 miles of departing each shipper. If carrier fails to weigh shipment within 50 miles of departing each shipper, any citations/expenses incurred due to the equipment and/or shipment weight will be the carrier's sole responsibility. Carrier must meet and comply to shipper requirements at the facility. All drivers must wear masks or facial coverings to the extent required by laws or facilities. **Carrier must be in full compliance with the Food Safety Modernization Act (FSMA), if applicable. By accepting the shipment, Carrier agrees that the driver has consented to receiving text messages and/or phone calls from or on behalf of Coyote.**

Approval for payment of detention is contingent upon the following eligibility requirements:

1) Carrier must report facility departure time and total detention hours within 24 hours of shipment delivery at the final facility.
2) Carrier must provide proof of the on time arrival and departure times in the form of a BOL or other shipping document with arrival and departure times notated by facility within 24 hours of shipment delivery at final facility.

PROTECT FROM FREEZE

## Route Directions

Carrier acknowledges that any routing instructions from the shipper herein are being provided for convenience only, and the Carrier may choose the route.

## Signature Line

By signing below, ROMA CORP agrees to the terms and conditions set forth below and provided herewith, if any.



EXHIBIT
3

COYOTE

# Rate Confirmation

# Load 30504182

## Stop 1: Pick Up

Pick Up Numbers: 309119255; 405452159; 35256767

Confirmation Numbers: None

Facility: Niagara MILESBURG (MIL)

Address: 217 AQUA PENN DR
Howard, PA 16841

Contact: Bill

Phone:

Appointment Scheduled For
Thu 12/28/2023
at 07:00

Driver Work
No Touch

SLIC
N/A

Facility Notes

Any tampering with the load including door removal, trailer changes, or seal infractions will result in a full truckload claim and ban from Coyote's network. Tracking device may be placed in trailer. High Visibility Gear Required at all Coca -Cola Shipping Facilities (vests, shirts, & jackets that cover the torso)

## Stop 1 Requirements

N/A

| Commodity | Packaging | Load On | Exp Wt | Pieces | Pallets |
|---|---|---|---|---|---|
| Coca Cola Products | Pallet | | 42,000 Lbs | 900 | 20 |

## Stop 2: Delivery

Delivery Numbers: 4100083357

Confirmation Numbers: None

Facility: Wymore

Address: 15497 SE 125TH CT
Clackamas, OR 97015

Contact: Ray

Phone:

Appointment Scheduled For
Wed 01/03/2024
from 06:00 - 08:00

Driver Work
No Touch

SLIC
N/A

Facility Notes

WORK IN NO DET. PLS ARRIVE 1ST THING IN AM.

All lumpers must be submitted within 48 hours of delivery

## Stop 2 Requirements

Lumper Receipt Required

| Commodity | Packaging | Load On | Exp Wt | Pieces | Pallets |
|---|---|---|---|---|---|
| Coca Cola Products | Pallet | | 42,000 Lbs | 900 | 20 |

COYOTE

# Rate Confirmation

# Load 30504182

## Stop 3: Delivery

Delivery Numbers: None

Confirmation Numbers: None

Facility: Covanta Marion

Address: 4850 BROOKLAKE RD NE
Brooks, OR 97305

Contact: Mitch Wiegand

Phone: +

Appointment Scheduled For
Fri 02/02/2024
at 10:00

Driver Work
No Touch

SLIC
N/A

Facility Notes

## Stop 3 Requirements

Lumper Receipt Required

| Commodity | Packaging | Load On | Exp Wt | Pieces | Pallets |
|---|---|---|---|---|---|
| Coca Cola Products | Pallet | | 42,000 Lbs | 900 | 20 |

## Charges

| Description | Units | Per | Amount |
|---|---|---|---|
| Fuel Surcharge | 2681.00 | | |
| Flat Rate | 1.00 | | |
| Total | | | USD |

## Contact

**Send invoices to:**
**960 Northpoint Parkway**
**Suite 150**
**Alpharetta, GA 30005**

Please contact Coyote at 877-626-9683 if the charges are incorrect.

## Agreement

Carrier: ROMA CORP
USDOT: 3870039
Phone:
Email:
Fax: None

Broker: Coyote Logistics, LLC
Rep: e
Title: Sales Rep
Phone:
Fax: +
Date: 01/22/2024 16:09

COYOTE

# Rate Confirmation

# Load 30504182

*By signing below, ROMA CORP agrees to the terms and conditions set forth below and provided herewith, if any.*

Name and Title (Print)

Signature

Date

**PLEASE SIGN THIS AGREEMENT AND EMAIL TO Devin.Flahive@coyote.com**

Coyote Logistics, LLC is an Equal Opportunity Employer

## Terms and Conditions

The Broker-Carrier Agreement or Carrier Agreement (in each case, the "Agreement") between Coyote Logistics, LLC, a Licensed Property Broker - USDOT # 2236410, and ROMA CORP is amended by the verbal agreement between Devin Flahive of Coyote Logistics, LLC hereafter referred to as BROKER, and Mark grigalis of ROMA CORP hereafter referred to as CARRIER, dated 01/22/2024.

This confirmation is subject to the terms of the Agreement and this document constitutes an amendment thereto. If the CARRIER has not signed the Agreement, then the rate shown above is the agreed individually negotiated rate and no other rate shall apply including any carrier tariff rate or terms.

THIS LOAD SHALL NOT BE DOUBLE BROKERED. No additional charges not listed above may be added by the CARRIER. Any additional charges must appear on a revised confirmation sheet signed by the BROKER. CARRIER must include signed copy of the shipper's bill of lading and any other proof of delivery with invoice to BROKER. Rates, except as specifically designated above, are inclusive of any fuel surcharge. CARRIER certifies that it is in compliance with all requirements of the California Air Resources Board (CARB) that are applicable to the scope of CARRIER's operations, including, but not limited to: Statewide Truck and Bus Regulations, Transport Refrigeration Unit (TRU) Regulations, Tractor-Trailer Greenhouse (GHG) Gas Regulations, and Drayage Truck Regulations. CARRIER also warrants that it is in compliance with any comparable requirements of the Environmental Protection Agency (EPA) and other states, where applicable. CARRIER shall be responsible for any fines imposed on BROKER and/or shipper resulting from noncompliance.

CARRIER hereby confirms that it maintains applicable and valid insurance without exclusions that would prevent coverage for the items listed above. CARRIER has at least $100,000.00 in cargo insurance and $1,000,000.00 in automobile liability coverage. CARRIER further confirms that in transporting the shipment described hereinabove, it will comply with all U.S. DOT and FDA regulations applicable to its operations while transporting said shipment, including, but not limited to drivers' hours of service, and the Food Safety Modernization Act (FSMA), if applicable. CARRIER agrees to the attached requirements from the shipper, if any.

**ALL LOADS ARE SUBJECT TO ELECTRONIC TRACKING**

By accepting this shipment, CARRIER agrees that it has obtained a written agreement from each driver transporting a shipment tendered by BROKER to CARRIER pursuant to the Agreement in which each driver provides all necessary consents to (i) receiving text messages and/or phone calls from or on behalf of BROKER and (ii) allowing BROKER or its vendor to track such driver's location while transporting such shipment. CARRIER shall comply with all applicable laws relating to the collection, use, storage, retention, disclosure, and disposal of any information CARRIER provides to BROKER, including information regarding the drivers transporting shipments. CARRIER shall indemnify, defend, and hold BROKER and its affiliates harmless from and against any and all claims, damages, liabilities, losses, actions and expenses (including attorneys' fees) arising out of or in connection with CARRIER's breach of this Section. This Section shall survive the expiration or termination of the Agreement between BROKER and CARRIER.

COYOTE

# Rate Confirmation Load 30504182

## PROCESSING OF PERSONAL INFORMATION

With regard to personal information (information that describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer, household, or device) and data and/or information submitted by or on behalf of BROKER in connection with the shipment, CARRIER will only use and process such data and/or information for the purpose of performing the services hereunder and in compliance with applicable law. With regard to personal information collected, received, or otherwise used or processed by CARRIER hereunder, CARRIER shall not:

(i) Sell, rent, release, disclose, disseminate, make available, transfer, or otherwise communicate orally, in writing, or by electronic or other means, personal information to another business or a third party for monetary or other valuable consideration; or

(ii) Retain, disclose, collect, sell, use, or otherwise process personal information for any purpose other than for the specific purpose of, and as necessary for, performing the services hereunder. For clarity, CARRIER may not retain, use, or disclose the personal information for any other commercial purposes or outside of the direct business relationship between CARRIER and BROKER.

CARRIER will notify BROKER promptly via email at privacy@coyote.com within 2 business days of any breach of the requirements under this heading (PROCESSING OF PERSONAL INFORMATION) of if it receives any inquiry, complaint, request or claim from an individual relating to personal information. CARRIER will notify BROKER by emailing privacy@coyote.com within 24 hours of any security incident of which CARRIER becomes aware which affects, or could reasonably be expected to affect, the confidentiality, integrity, or availability of BROKER's information systems or any personal information, data, and/or information submitted by or on behalf of Broker in connection with the shipment.