960 North Point Parkway
Suite 150
Alpharetta, GA 30005

RXO

# *ASSIGNMENT OF CLAIM*

For and in consideration of the payment of $12,945.23 by or on behalf of Coyote Logistics, LLC, the sufficiency of which is hereby acknowledged, Coca-Cola upon receipt of said payment does hereby assign to Coyote Logistics, LLC all rights, title and interest in and claim to any payment from ROMA CORP for a shipment of beverages shipped from Niagara MILESBURG (MIL) at 217 AQUA PENN DRHoward, PA 16841UNITED STATES on or about 12/28/2024 on Bill of Lading No. 35256767 and Coyote Claim No. CL30504182 Referred to as the "Claim".
Coca-Cola warrants that it holds free and good title to said Claim, that it has not sold, assigned or otherwise alienated said Claim and has not received any payment thereon. Coca-Cola agrees to cooperate fully with Coyote Logistics, LLC in the assertion and collection of said Claim, including but not limited to furnishing whatever documents and witnesses may reasonably be necessary to prosecute said Claim. It is specifically understood that the execution of this Assignment acts as complete release of Coyote Logistics, LLC with respect to this Claim.

Dated: October 24, 2024 At: Coca-Cola

Coca-Cola (Claimant/Customer/Shipper)

By: DocuSigned by: Betty Arnold 603F1C8C3026463...

Title: Senior Director, Strategic Transportation

Signed and Sworn to before me

October 24 , 20 24

Notary Public Patricia L Nolan

PATRICIA L NOLAN
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JUNE 10, 2025
FULTON COUNTY, GEORGIA

EXHIBIT
4